UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Choose Division

UNITED STATES OF AMERICA

     Plaintiff(s),

v.                                   Case No.: 6:21-MJ-1915

JOCELYN DOR

     Defendant(s).

_____/

## EXHIBIT LIST

☐ Government   ☐ Plaintiff(s)   ☑ Defendant(s)   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description | |
|---|---|---|---|---|---|
| 1 | 11/12/21 | 11/12/21 | FBI Agent Joseph Kenny | Copy of Florida CDL of Jocelyn Dor | Admitted Under Seal. Counsel shall submit Redacted copies. |
| 2 | 11/12/21 | 11/12/21 | " " | US DOJ FBI Receipt for Property | |
| 3 | 11/12/21 | 11/12/21 | Gurline Flerigene | Haiti Passport No. RL4782059 | |
| 4 | 11/12/21 | 11/12/21 | Gurline Flerigene | Birth Certificate | |
| | | | | | |
| | | | | | |
| | | | | | |